# UNITED STATES DISTRICT COURT
for the
District of South Carolina ▼

FILED
ASHEVILLE, NC
MAY 2 7 2025
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

| | |
|---|---|
| Millrock Investment Fund 1, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 6:24-cv-00642-DCC |
| GSP Hospitality, LLC; Satis D. Patel ) | |
| *Defendant* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 11/15/24.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 5/1/25

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Millrock Investment Fund 1, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   6:24-cv-00642-DCC |
| GSP Hospitality, LLC; Satis D. Patel ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff  Millrock Investment Fund 1, LLC  recover from the defendants  GSP Hospitality, LLC and Satis D. Patel  the amount of Three Million Five Hundred Ninety-Five Thousand Five Hundred Seven and 74/100   dollars ($ 3,595, 507.74 ), which includes post-judgment interest at the rate of   4.29   %, along with costs.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   November 15, 2024

*CLERK OF COURT*

A TRUE COPY
ATTEST: LARRY W. PROPES, CLERK

BY: [signature]
DEPUTY CLERK

s/Angela Lewis, Deputy Clerk
*Signature of Clerk or Deputy Clerk*